

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In Re: | * | |
| Stacey C. Stark | * | Case No. 12-32366 |
| | * | Chapter 13 |
|       Debtor(s) | * | |

| | |
|---|---|
| Stacey C. Stark | * |
| | * |
|       Movant(s) | * |
| vs. | * |
| | * |
| Beneficial Maryland Inc., survivor of | * |
| Beneficial Mortgage Co. of Maryland, c/o HSBC, parent company, | * |
| and any successor in interest | * |
| | * |
|       Respondent | * |

### ORDER GRANTING MOTION TO AVOID WHOLLY UNSECURED JUNIOR LIEN ON DEBTOR'S PRINCIPAL RESIDENCE

     Having considered Debtor's Motion to Avoid Wholly Unsecured Junior Lien on Debtor's Principal Residence held by Beneficial Maryland Inc. survivor of Beneficial Mortgage Co. of Maryland, c/o HSBC, parent company, and any successor in interest, (hereinafter "Beneficial"), any responses filed thereto, and any hearing held on this matter, and it appearing that proper notice has been given, pursuant to 11 U.S.C. § 506 and for the reasons set forth in the case of <u>Johnson vs. Asset Management Group, LLC</u>, 226 B.R. 364 (D. Md. 1998), and <u>First Mariner Bank v. Johnson</u>, 411 B.R. 221 (D. Md. 2009), it is by the United States Bankruptcy Court for the District of Maryland,

     ORDERED, that the Motion is hereby GRANTED; and it is further

     ORDERED, that the Claim of Respondent be and is hereby deemed wholly unsecured; and it is further

ORDERED, that at such time as a discharge Order is entered pursuant to 11 U.S.C. § 1328(a) in this case, the second lien held in favor of Respondent, Beneficial, on Debtor's real property described as: 14015 Justin Way, Unit A, Laurel, MD 20707 shall be void; and it is further

ORDERED, that the claim of Respondent herein shall be treated as a general unsecured claim under the Debtor's plan; and it is further

ORDERED, that the Respondent shall record a release of its second lien in the appropriate office of land records upon notice of the Debtor's discharge from Chapter 13.

Copies to:

*Creditor*
*Creditor Resident Agent*
*Debtor(s)*
*Debtor's Counsel*
*Chapter 13 Trustee*
*U.S. Trustee*

**End of Order**